**JS-6**

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
WESTERN DIVISION

| | |
|---|---|
| JANALYN C. CONLEY,<br><br>Plaintiff,<br><br>vs.<br><br>CAROLYN COLVIN,[1]<br>Acting Commissioner of Social Security,<br><br>Defendant. | No. CV 24-6235-DMG (SP)<br><br>JUDGMENT [17] |

---

[1] Michelle King became the Acting Commissioner of Social Security on January 20, 2025. Pursuant to Rule 25(d) of the Federal Rules of Civil Procedure, Michelle King should be substituted for Martin O'Malley as the defendant in this suit. No further action need be taken to continue this suit by reason of the last sentence of section 205(g) of the Social Security Act, 42 U.S.C. § 405(g).

The Court, having approved the parties' Joint Stipulation to Voluntary Remand Pursuant to Sentence Four of 42 U.S.C. § 405(g) and to Entry of Judgment ("Stipulation to Remand") [Doc. # 17],

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that judgment is entered in favor of Plaintiff and against Defendant, and the above-captioned action is remanded to the Commissioner of Social Security for further proceedings consistent with the Stipulation to Remand.

DATED: January 24, 2025

_____
DOLLY M. GEE
CHIEF UNITED STATES DISTRICT JUDGE