UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| JANALYN C. CONLEY,<br><br>       Plaintiff,<br><br>   v.<br><br>MICHELLE KING,[1]<br>Acting Commissioner of Social Security,<br><br>       Defendant. | No. CV 24-06235-DMG (SPx)<br><br>**ORDER FOR THE AWARD AND PAYMENT OF ATTORNEY FEES PURSUANT TO THE EQUAL ACCESS TO JUSTICE ACT, 28 U.S.C. § 2412(d) [20]** |

Based upon the parties' Stipulation for Award and Payment of Attorney Fees Pursuant to the Equal Access to Justice Act [Doc. # 20], **IT IS ORDERED** that fees in the amount of FOUR THOUSAND THREE HUNDRED SIXTY-TWO DOLLARS AND TEN CENTS ($4,362.10), as authorized by 28 U.S.C. section

---

[1] Michelle King became the Acting Commissioner of Social Security on January 20, 2025. Pursuant to Rule 25(d)(1) of the Federal Rules of Civil Procedure, Michelle King should be substituted for Carolyn Colvin as Defendant in this suit. No further action need be taken to continue this suit by reason of the last sentence of section 205(g) of the Social Security Act, 42 U.S.C. section 405(g).

2412(d), be awarded subject to the terms of the Stipulation.  Fees shall be made payable to Harvey P. Sackett ("Counsel"), in the event that Plaintiff does not owe a federal debt.

DATED:  February 19, 2025

_____
DOLLY M. GEE
Chief United States District Judge